438

(No. 2468—

WILLIAM S. BAILEY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 13, 1935.*

WILLIAM S. BAILEY, claimant, pro se.

OTTO KERNER, Attorney General; JOHN KASSERMAN, Assistant Attorney General, for respondent.

MR. JUSTICE YANTIS delivered the opinion of the court:

William S. Bailey, a member of the Howitzer Co., 130 Inf. I. N. G. was in the military bus-fire accident that occurred near Pana, Illinois, on July 26, 1933. (See *Case* vs. *State,* C. of C. No. 2469.)

Claimant states that the injuries received by him were as follows: Cuts on two fingers of the right hand, burns received while being dragged along the side of the bus in escaping therefrom, and a bruise on the fore part of the right leg.

Claimant testified that his right leg was affected for a week or ten days, preventing him from doing ordinary labor; that during a part of that time he was at Camp Grant; that after he returned from Camp Grant his injuries did not prevent him from performing his usual labors.

A Military Medical Board examined him on August 8, 1934 and found that there was no permanent disability. Claimant agrees with this report.

Claimant's usual wages were $18.00 per week; he is married and has three children, ages 11, 9 and 7. Taking into consideration the time that he was disabled and his earnings, an allowance of $20.00 would be merited. Under authority of the Military and Naval Code an award is therefore allowed claimant in the sum of Twenty Dollars ($20.00).